Samuel Baron, *Respondent, v.* Jacob Cohen, *Appellant, Impleaded, etc.*

Jacob Mack *v.* The Same. — Orders reversed and motion granted, so far as the entries relate to proceedings in the case, with ten dollars costs and disbursements.

Jeanne F. Isaacs, *Respondent, v.* Solomon Isaacs, *Appellant.* — Order modified as stated in opinion, and as modified affirmed, without costs. Opinion by Daniels, J.

Nathan Folwell, *Respondent, v.* George A. Cambies, *Appellant Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The Mutual Life Insurance Company, *Respondent, v.* John L. Blake, *as Executor, etc., of* Lowell Holbrook, *Deceased, Appellant, Impleaded, etc.* — Judgment affirmed.

Caroline Bertschy, *Respondent, v.* Charles Bertschy, *Appellant.* — Order modified by reversing same as to alimony and reducing counsel fee to fifty dollars, and affirmed as modified, without costs. Opinion by Brady, J.

Maria Lucrecia De Rivas and others, *Appellants, v.* Ana Rivas De Herques, *Respondent.* — Order modified as directed in opinion, without costs of appeal. Opinion by Davis, P. J.

In the Matter of Charlotte A. Pepoon. — Decree affirmed, with costs. Opinion by Daniels, J.

Daniel J. Noyes, *Executor, etc., Appellant, v.* The New York Savings Bank and Lewis H. Bailey, *as Executor, etc., Respondents.* — Order modified by adding thereto a direction that the money be paid into court by the savings bank to abide the further order of the court, without prejudice to the bond required by the order, and with leave to the savings bank to make such application as it shall be advised for relief from the action.

The Bowery Savings Bank, *Plaintiff, v.* John Keenan and others, *Defendants.* — Order reversed, with ten dollars costs and disbursements; report of referee set aside and new hearing ordered before another referee. Opinion by Daniels, J.

Charles H. Jordan, *Respondent, v.* Bernard Reilly, *as Sheriff, etc., Appellant* — Judgment reversed, new trial ordered, and costs to abide event. Opinion by Daniels, J.

The People of the State of New York *ex rel.* James Hunter *v.* The Board of Fire Commissioners of the Fire Department of the City of New York, *Respondents.* — Proceedings reversed, with costs. Opinion by Davis, P. J.

Alice Buckingham, *as Executrix, etc., of* James Horner, *Appellant, v.* Erastus Corning and another, *Respondents.* — Judgment affirmed, with costs, on the opinion of Van Vorst, J., in the court below.